AO 91 (Rev. 11/11)  Criminal Complaint (USAO Modified 12/23)

# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br><u>Ezekiel Thomas</u><br>*Defendant* | )<br>)<br>)<br>) | Case No. 3:25-mj-00586-MMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>September 18-19, 2025</u>, at or near <u>Anchorage and Palmer, AK</u> in the <u></u> District of <u>Alaska</u>, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113(a) | Bank Robbery |
| 18 USC 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Michael Harkless.

☒ See attached affidavit.

*Michael Harkless*

*Complainant's signature*

<u>Special Agent Michael Harkless, FBI</u>
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d).

**Telephone**

*(specify reliable electronic means)*

Date: <u>September 19, 2025</u>

*Judge's signature*

City and state: **Anchorage, Alaska**   Hon. Matthew M. Scoble, U.S. Magistrate Judge
*Printed name and title*